IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JERRYL C. JAY PACHECO,<br><br>　　　　　　Defendant. | 8:15CR110<br><br>SUBSTITUTION OF COUNSEL |

　　The United States hereby notifies the Court of the substitution of Mikala Purdy-Steenholdt, Assistant United States Attorney, as counsel for the United States in this matter, replacing Nancy Svoboda, who is no longer with this office.

　　Please direct all future pleadings and correspondence to the undersigned.

　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　LESLIE A. WOODS
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*s/Mikala Purdy-Steenholdt*
　　　　　　　　　　　　　By:　　MIKALA PURDY-STEENHOLDT
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　　　　　　　　　Omaha, Nebraska  68102-1506
　　　　　　　　　　　　　　　　　　　Tel:  (402) 661-3700
　　　　　　　　　　　　　　　　　　　Fax:  (402) 345-5724


CERTIFICATE OF SERVICE

　　I hereby certify that on June 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

　　　　　　　　　　　　　　　　　　　*s/Mikala Purdy-Steenholdt*
　　　　　　　　　　　　　　　　　　　MIKALA PURDY-STEENHOLDT
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney